UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Theflyonthewall.com, Inc.,

                    Plaintiff,

-versus-

TRADE THE NEWS, INC.,

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07 CIV 9612

**JUDGE McMAHON**

PLAINTIFF'S RULE 7.1 STATEMENT

RECEIVED
OCT 29 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Civil Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Theflyonethewall.com, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

Dated: New York, New York
       October 29, 2007

OSTRAGER CHONG FLAHERTY
&  BROITMAN P.C.

By: _____
   Glenn F. Ostrager (GO 2023)
   Joshua S. Broitman (JB 4644)
   Roberto L. Gomez (RG 6474)

570 Lexington Avenue
New York, New York 10022-6894
Tel. No. (212) 681-0600
Fax No. (212) 681-0300

Attorneys for Plaintiff
Theflyonethewall.com, Inc.