AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Theflyonthewall.com, Inc.,
    Plaintiff,

V.

TRADE THE NEWS, INC.,
    Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 9612**

**JUDGE McMAHON**

TO: (Name and address of Defendant)

TRADE THE NEWS, INC.
11 Broadway, Suite 800
New York, New York 10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Glenn F. Ostrager
OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
570 Lexington Avenue
New York, New York 10022-6894

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON         OCT 2 9 2007

CLERK                 DATE

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE ||
| NAME OF SERVER *(PRINT)* | TITLE ||

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                  Date                        *Signature of Server*

                                             _____
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: OSTRAGER CHONG FLAHERTY
& BROITMAN P.C. - 1732

THEFLYONTHEWALL.COM, INC.

Plaintiff(s)

Index #: 07 CIV 9612 (MCMAHON

- against -

Date Filed:

TRADE THE NEWS, INC.

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 30, 2007 at 03:16 PM at

11 BROADWAY, SUITE 800
NEW YORK, NY10004

deponent served the within true copy of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, JUDGES' RULES on TRADE THE NEWS, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. JANE SMITH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, CIVIL COVER SHEET, JUDGES' RULES as said  defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 25 | 5'3 | 110 |

Ms. Jane Smith, true name unknown said name fictitious, said name intended being the managing (or general) agent of defendant/respondent described as above and refusing to give name at time of service.

Sworn to me on:  October 31, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID GOLDBERG
License #: 916033
Docket #: 518414