# DAY PITNEY LLP

BOSTON  CONNECTICUT  NEW JERSEY  NEW YORK  WASHINGTON, D.C.

**MARK S. MORGAN**
Attorney At Law

7 Times Square
New York, NY  10036
T: (973) 966-8067  F: (212) 916 2940
mmorgan@daypitney.com

**MEMO ENDORSED**

November 15, 2007

**BY FACSIMILE & E-FILING**

The Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

Re:  Theflyonthewall.com, Inc. v. Trade The News, Inc.
     Case No. 07-9612

Dear Judge McMahon:

We represent Defendant, Trade The News, Inc. in connection with the above-referenced matter. Enclosed is a proposed Stipulation and Order Extending Defendant's Time to Respond to the Complaint from November 19, 2007 to December 10, 2007. Counsel for Plaintiff, Theflyonthewall.com, Inc. has consented to this extension of time. No previous extensions of time have been requested.  *OK*

Additionally, on November 7, 2007, the Court entered an Order Scheduling an Initial Pretrial Conference ("Order"). The Order required the parties to confer and submit a Civil Case Management Plan by no later than December 7, 2007. Given the extension of time to respond to the Complaint, the parties also request an extension of time to submit the Civil Case Management Plan to January 10, 2008.  *NO*

We will make ourselves available at the Court's convenience to further discuss this matter.

*Colleen McMahon  11/15/07*

Respectfully submitted,

MARK S. MORGAN

MSM:mm

cc:  Roberto Gomez, Esq. (w/enclosure by electronic mail)