Marc A. Lieberstein (MAL 7116)
Barry M. Benjamin (BMB 7350)
Mark S. Morgan (MSM 8799)
**DAY PITNEY LLP**
7 Times Square
New York, New York 10036
Phone: (212) 297-5800
Fax: (212) 916-2940
*Attorneys for Defendant,*
*Trade The News, Inc.*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEFLYONTHEWALL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRADE THE NEWS, INC., <br><br> Defendant. | Case No. 07 CV 9612 <br><br> Honorable Colleen McMahon, U.S.D.J. <br><br> **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for all parties in the above-captioned action, that the Defendant's time to respond or otherwise move on the Complaint is extended from November 19, 2007 to and including December 10, 2007. No previous extensions have been requested.

| **OSTRAGER CHONG** <br> **FLAHERTY & BROITMAN, P.C.** <br> *Attorneys for Plaintiff* <br> *TheFlyonthewall.com, Inc.* <br><br> By: /s/ Glenn F. Ostrager <br> Glenn F. Ostrager (GFO 2023) <br> 570 Lexington Avenue <br> New York, New York 10022-6894 <br> Phone: (212) 681-0600 <br> Dated: November 14, 2007 | **DAY PITNEY LLP** <br> *Attorneys for Defendant,* <br> *Trade The News, Inc.* <br><br><br> By: /s/ Barry M. Benjamin <br> Benjamin M. Barry (BMB 7350) <br> 7 Times Square <br> New York, New York 10036 <br> Phone: (212) 297-5800 <br> Dated: November 14, 2007 |

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge

Dated: November ___, 2007