Marc A. Lieberstein (MAL 7116)
Barry M. Benjamin (BMB 7350)
**DAY PITNEY LLP**
7 Times Square
New York, New York 10036
Phone: (212) 297-5800
Fax:    (212) 916-2940

*Attorneys for Defendant,*
*Trade The News, Inc.*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEFLYONTHEWALL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRADE THE NEWS, INC., <br><br> Defendant. | Civil Action No. 07 CV 9612 (CM)(GWG) <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned

counsel for Defendant Trade The News, Inc. (a private non-governmental party) certifies that

Defendant has no parents, subsidiaries or affiliates, securities, or other interests which are

publicly held.

Date:    December 10, 2007                          Respectfully submitted,


                                          /s/ Barry M. Benjamin
                                          Barry M. Benjamin (BMB 7350)
                                          **DAY PITNEY LLP**
                                          7 Times Square
                                          New York, New York 10036
                                          bbenjamin@daypitney.com
                                          Phone: (212) 297-5800
                                          Fax:    (212) 916-2940

1587431A01121007