Marc A. Lieberstein (MAL 7116)
Barry M. Benjamin (BMB 7350)
**DAY PITNEY LLP**
7 Times Square
New York, New York 10036
Phone: (212) 297-5800
Fax:    (212) 916-2940

*Attorneys for Defendant,*
*Trade The News, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEFLYONTHEWALL.COM, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>TRADE THE NEWS, INC.,<br><br>        Defendant. | Civil Action No. 07 CV 9612 (CM)(GWG) |

**NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(6)
<u>FOR FAILURE TO STATE A CLAIM</u>**

**PLEASE TAKE NOTICE** that Defendant Trade The News, Inc. ("TTN"), by its undersigned counsel, hereby moves this Court pursuant to F.R.C.P. 12(b)(6) to dismiss the action because the Complaint fails to state a claim upon which relief can be granted, and for such other relief as this Court deems just and proper.

In support of this Motion, TTN submits herewith Defendant's Memorandum of Law in Support of Motion to Dismiss; Declaration of Joseph Perrone, Jr. In Support of Motion to Dismiss Complaint; and Declaration of Barry M. Benjamin in Support of Motion to Dismiss Complaint.

| | |
|---|---|
| Date:   December 10, 2007 | Respectfully submitted, |

                                                /s/ Barry M. Benjamin
                                                Barry M. Benjamin (BMB 7350)
                                                **DAY PITNEY LLP**
                                                7 Times Square
                                                New York, New York 10036
                                                bbenjamin@daypitney.com
                                                Phone: (212) 297-5800
                                                Fax:    (212) 916-2940