```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Theflyonthewall.com, Inc.,
    Plaintiff,

v.

Trade The News, Inc.,
    Defendant.

07 Civ. 9612 (CM)(GWG)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for all parties in the above captioned action, that Plaintiff's time to serve affidavits and memoranda of law in opposition to Defendant's Motion to Dismiss Under Rule 12(b)(6) is extended from December 26, 2007 to and including January 11, 2008. Defendant's reply affidavits and reply memoranda of law shall be served by January 28, 2008. No previous extensions have been requested.

OSTRAGER CHONG FLAHERTY
& BROITMAN P.C.

_/s/ Glenn F. Ostrager_
Glenn F. Ostrager (GFO-2023)
Joshua S. Broitman (JSB-4644)
Roberto L. Gomez (RLG-6474)

570 Lexington Avenue
New York, New York 10022-6894
Tel.: (212) 681-0600
Fax.: (212) 681-0300
*Attorneys for Plaintiff*
*Theflyonthewall.com, Inc.*

Dated: December 17, 2007

DAY PITNEY LLP

_/s/ Marc A. Lieberstein_
Marc A. Lieberstein (MAL-7116)
Barry M. Benjamin (BMB-7350)

7 Times Square
New York, New York 10036
Tel.: (212) 297-5800
Fax.: (212) 916-2940
*Attorneys for Defendant*
*Trade The News, Inc.*

Dated: December 17, 2007

It is SO ORDERED this 17th day of December 2007

*[signature]*

Hon. Colleen McMahon
United States District Judge