**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THEFLYONTHEWALL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRADE THE NEWS, INC., <br><br> Defendant. | Civil Action No. 07 CV 9612 (CM)(GWG) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant Trade The News, Inc.

    I certify that I am admitted to practice in this court.


Dated:   December 19, 2007　　　　　　　　　Respectfully submitted,

                                                    /s/ Marc A. Lieberstein
                                                  Marc A. Lieberstein (MAL 7116)
                                                  **DAY PITNEY LLP**
                                                  7 Times Square
                                                  New York, New York 10036
                                                  mlieberstein@daypitney.com
                                                  Phone: (212) 297-5800
                                                  Fax:　  (212) 916-2940