UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEFLYONTHEWALL.COM, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>TRADE THE NEWS, INC.,<br><br>        Defendant. | Civil Action No. 07 CV 9612 (CM)(GWG)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant Trade The News, Inc.

    I certify that I am admitted to practice in this court.


Dated:   December 19, 2007                 Respectfully submitted,

                                                      /s/ Rebecca Leigh Griffith
                                                      Rebecca Leigh Griffith (RLG 7884)
                                                      **DAY PITNEY LLP**
                                                      7 Times Square
                                                      New York, New York 10036
                                                      rlgriffith@daypitney.com
                                                      Phone: (212) 297-5800
                                                      Fax:   (212) 916-2940