```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Theflyonthewall.com, Inc.,

        Plaintiff,

v.

Trade The News, Inc.,

        Defendant.

07 Civ. 09612 (CM)(GWG)

## STIPULATION AND ORDER

WHEREAS, the parties advised the Court they had reached a settlement of this action, and the Court issued an Order (filed March 17, 2008) discontinuing this action subject to either party applying for restoration of the action within thirty (30) days of the Order;

WHEREAS, the parties are negotiating a settlement agreement, but have not yet finalized the settlement agreement.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties in the above captioned action, that the deadline for applying for restoration of the action shall be extended from April 16, 2008 to April 30, 2008.

| OSTRAGER CHONG FLAHERTY & BROITMAN P.C. | DAY PITNEY LLP |
|---|---|
| *[signature]* | *[signature]* |
| Glenn F. Ostrager (GFO-2023) | Marc A. Lieberstein (MAL-7116) |
| Joshua S. Broitman (JSB-4644) | Barry M. Benjamin (BMB-7350) |
| Roberto L. Gomez (RLG-6474) | |
| 570 Lexington Avenue | 7 Times Square |
| New York, New York 10022-6894 | New York, New York 10036 |
| Tel.: (212) 681-0600 | Tel.: (212) 297-5800 |
| Fax.: (212) 681-0300 | Fax.: (212) 916-2940 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Theflyonthewall.com, Inc.* | *Trade The News, Inc.* |
| Dated: April 15, 2008 | Dated: April 15, 2008 |

SO ORDERED,

this  16  day of April 2008.

*[signature]*

Colleen McMahon
United States District Judge

2